IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

NOE ALEXANDER FLORES VASQUEZ

Case No. 1:25mj26 ML

## AFFIDAVIT

I, Nadine Mersereau, being a duly sworn and appointed Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), hereby make the following statement in support of the attached criminal complaint.

1. I have been a Deportation Officer for ICE since 2006 and an Immigration Enforcement Agent with ICE since 1997. I have training and experience in the enforcement of the immigration and nationality laws of the United States. Additionally, over the course of my career in law enforcement, I have received training in and have gained experience with the preparation, presentation, and service of criminal complaints and arrest warrants.

2. On July 17, 2025, the Jacksonville Enforcement and Removal Operation (ERO) Criminal Alien Program (CAP) unit received electronic correspondence from the Alachua County Jail advising that an individual identified as Noe Alexander Flores Vasquez was going to court that day in Alachua County

located in Gainesville, Florida, in the Northern District of Florida. According to the information provided by the jail, during the booking process on November 27, 2024, FLORES VASQUEZ told officers that he was born in Honduras on a date in 1988. I ran immigration service computer checks for a person with the name FLORES VASQUEZ who was born in Honduras on the date of birth provided, and the computer checks showed no record that a citizen of Honduras with that name and date of birth had ever been legally admitted into the United States. As a result, an ICE detainer for FLORES VASQUEZ was lodged with the Alachua County jail on July 17, 2025.

3. On July 18, 2025, the jail notified Jacksonville ERO CAP unit that FLORES VASQUEZ received a sentence of time served on his criminal charges in Alachua County and that he was ready to be picked up on the ICE detainer. On July 19, 2025, FLORES VASQUEZ was administratively arrested and transported to the Jacksonville ICE office in Jacksonville, Florida for processing. During processing, I entered FLORES VASQUEZ's fingerprints into a biometric identification system that compared his fingerprints with the fingerprints of individuals who had been entered into the database after having been encountered by immigration authorities. The system returned a match and reflected that FLORES VASQUEZ had been previously encountered and had been assigned an Alien Registration number ("A-number").

2

4. I then conducted additional ICE computer checks using FLORES VASQUEZ's A-number; the records reflected that FLORES VASQUEZ is a citizen of Honduras who had been previously deported or removed from the United States to Honduras on three occasions.

5. I reviewed documents from the consolidated Alien Registration file ("A-file") for FLORES VASQUEZ. An A-file is a central file maintained by immigration agencies that contains documents related to the interactions and encounters of United States immigration authorities with an alien. Documents in the A-file confirmed that FLORES VASQUEZ was previously deported or removed from the United States to Honduras on three occasions: on November 7, 2013, from Laredo, Texas via ICE Air Ops; on November 28, 2017, from Miami, FL via ICE Air Ops; and on May 20, 2022, from Alexandria, LA via ICE Air Ops. The A-file contained no record that FLORES VASQUEZ had ever applied for or received permission from the Attorney General or the Secretary of the Department of Homeland Security for the United States to re-enter the United States since the time of his last deportation or removal.

6. ICE Deportation Officer N. Mersereau and ICE Deportation Officer A. DeLeon conducted a sworn interview of FLORES VASQUEZ on July 19, 2025. FLORES VASQUEZ requested a lawyer be present and refused to answer any questions relating to his citizenship or prior Immigration history.

7. Based upon the foregoing facts, I believe there is probable cause that Noe Alexander FLORES VASQUEZ is a citizen of Honduras who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported or removed from the United States, in violation of Title 8, United States Code, Sections 1326(a).

*Nadine Mersereau*
Nadine Mersereau, Deportation Officer
U.S. Immigration and Customs Enforcement
Jacksonville, Florida

Subscribed and sworn to before me
via telephone on July 21, 2025:

*Midori A. Lowry*
THE HONORABLE MIDORI LOWRY
UNITED STATES MAGISTRATE JUDGE

4

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits, Clerk of Court
By: _____
Deputy Clerk